# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-80018-CV-MIDDLEBROOKS

MA LIDIA MUNOZ BUSTAMANTE, et al.,

    Plaintiffs,

v.

DUCLAC INCORPORATED, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE comes before the Court upon the Court's Order Entering Default Judgment. (DE 38). Consistent with that Order, it is hereby **ORDERED AND ADJUDGED** that:

(1) Final judgment is **ENTERED** in favor of Plaintiff Ma Lidia Munoz Bustamante and Opt-In Plaintiff Fausta Sierra, and against Defendants Duclac Incorporated and Kevin L. Chau for violations of the overtime provision of the Fair Labor Standards Act.

(2) Plaintiff Ma Lidia Munoz Bustamante is **AWARDED** a total of $15,325.68 in damages for her unpaid overtime wages claim, consisting of $7,662.84 in unpaid wages and $7,662.84 in liquidated damages. This award is entered against both Defendants.

(3) Opt-In Plaintiff Fausta Sierra is **AWARDED** a total of $12,222.76 in damages for her unpaid overtime wages claim, consisting of $6,111.38 in unpaid wages and $6,111.38 in liquidated damages. This award is entered against both Defendants.

(4) Plaintiffs are **AWARDED** $3,851.00 in attorneys' fees and costs, consisting of $3,350.00 in fees and $501.00 in costs. This award is entered against both Defendants.

(5) This judgment shall bear interest at the rate prescribed by 28 U.S.C. § 1961.

(6) The Clerk of Court shall **CLOSE THIS CASE**.

(7) Any pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 30th day of July, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record

Kevin L. Chau (4275-A Okeechobee Blvd., West Palm Beach, FL 33409; 4271 NW 1st Terrace, Pompano Beach, FL 33064; kevinlchau@bellsouth.net)

Duclac Incorporated (4275-A Okeechobee Blvd., West Palm Beach, FL 33409; kevinlchau@bellsouth.net)