**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-80018-CV-MIDDLEBROOKS**

MA LIDIA MUNOZ BUSTAMANTE, et al.,

    Plaintiffs,

vs.

DUCLAC INCORPORATED, et al.,

    Defendants,

vs.

WELLS FARGO BANK,

    Garnishee.

_____/

**MOTION FOR JUDGMENT ON THE PLEADINGS AND**
**MEMORANDUM OF LAW IN SUPPORT THEREOF**

    COMES NOW, Plaintiff, MA LIDIA MUNOZ BUSTAMANTE ("Plaintiff"), by and through her undersigned attorney, and moves for a judgment on the pleadings in this garnishment action. In support thereof, Plaintiff states as follows:

    1.    Pursuant to Federal Rules Civil Procedure 69(a), state law is applicable to writs of garnishment brought in federal court.

    2.    Plaintiff filed a Motion for Writ of Garnishment (under seal) and served the Writ of Garnishment on Garnishee on April 29, 2022 (DE# 42).

    3.    Garnishee, WELLS FARGO BANK, N.A. ("Garnishee") filed an Answer to the Writ (DE# 45) and advised Plaintiff that it held monies for which it is indebted to Defendant, KEVIN L. CHAU ("Defendant") and Third-Party THANH HUONG T CHAU ("Third-Party"), in the total amount of $3,614.64.

4. Section 77.055, Fla. Stat., states:

> Within 5 days after service of the garnishee's answer on the plaintiff or after the time period for the garnishee's answer has expired, the plaintiff shall serve, by mail, the following documents: a copy of the garnishee's answer, and a notice advising the recipient that he or she must move to dissolve the writ of garnishment within 20 days after the day indicated on the certificate of service in the notice if any allegation in the plaintiff's motion for writ of garnishment is untrue. The plaintiff shall serve these documents on the defendant at the defendant's last known address and any other address disclosed by the garnishee's answer and on any other person disclosed in the garnishee's answer to have any ownership interest in the deposit, account, or property controlled by the garnishee. The plaintiff shall file in the proceeding a certificate of such service.

5. On May 6, 2022, Plaintiff delivered by mail the required garnishment notice to Defendant pursuant to Section 77.055, Fla. Stat (DE #46). The twenty (20) day time period for Defendant to move to dissolve the Writ or to assert his exemptions tolled on May 27, 2022.

6. On May 6, 2022, Plaintiff delivered by mail the required garnishment notice to Third-Party pursuant to Section 77.05, Fla. Stat. (DE# 47). The twenty (20) day time period for Third-Party to move to dissolve the Writ or assert his/her exemptions tolled on May 27, 2022.

7. A motion for judgment on the pleadings pursuant to Rule 1.140(c), *Fla. R. Civ. Pro.* is governed by the same legal test as a motion to dismiss for failure to state a cause of action. See <u>Domres v. Perrigan,</u> 760 So. 2d 1028 (Fla. 5th DCA 2000). Pursuant to Florida Rules of Civil Procedure 1.140(c), any party may move for judgment on the pleadings after the pleadings are closed.

8. A judgment on the pleadings may be granted only if a party is entitled to judgment as a matter of law based on the content of the pleadings. The trial court's consideration is limited to only the pleadings. The trial court must consider all well pled material allegations and fair inferences to be true. *Id*. at 1029.

7. The pleadings in the garnishment proceeding closed when Defendant's and Third-Party's twenty (20) day time period to file an exemption closed on May 27, 2022.

8. As a result of the above, Plaintiff is entitled to a Final Judgment of Garnishment against Garnishee in the total amount of $3,614.64.

WHEREFORE, Plaintiff, MA LIDIA MUNOZ BUSTAMANTE , respectfully requests that this Court enter a final judgment of garnishment against Garnishee, WELLS FARGO BANK, in the total amount of $3,614.64 and award such other and further relief as is just and proper.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via regular U.S. Mail to: KEVIN L. CHAU, 10541 Palacio Ridge Court, Boynton Beach, Florida  33473-4959 and THANH HUONG T CHAU,  10541 Palacio Ridge Court, Boynton Beach, Florida  33473-4959 and to all other interested parties via ECF on this 31st day of May, 2022.

*/S/Cesery L. Bullard*
_____
Cesery L. Bullard, Esquire
BULLARD LAW
Florida Bar No. 793361
219 East Marks Street
Orlando, Florida  32803
cbullard@bullard-law.com
T: (407) 648-9530
Counsel for Plaintiff

**"THIS COMMUNICATION, FROM A DEBT COLLECTOR, IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."**