UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-80018-CIV-MIDDLEBROOKS

MA LIDIA MUNOZ BUSTAMANTE, et al.,

    Plaintiffs,

v.

DUCLAC INCORPORATED, et al.,

    Defendants.

v.

WELLS FARGO BANK,

    Garnishee.

_____/

## FINAL JUDGMENT OF GARNISHMENT

THIS CAUSE comes before the Court upon Plaintiff Ma Lidia Munoz Bustamante's Motion for Judgment on the Pleadings for Final Judgment of Garnishment, filed on May 31, 2022. (DE 48). Defendants have not responded to the Motion and their deadline to do so has passed. For the reasons explained below, Plaintiff's Motion is granted.

On July 30, 2021, a Final Judgment was entered in favor of Plaintiff Ma Lidia Munoz Bustamante and against Defendants Duclac Incorporated and Kevin L. Chau for violations of the overtime provision of the Fair Labor Standards Act in the amount of $15,325.68. (DE 39). A Writ of Garnishment was served on Garnishee, Wells Fargo Bank, on April 29, 2022. (DE 42). On May 5, 2022, Garnishee answered, disclosing that it was setting aside $3,614.64 under the Writ. (DE 45). Plaintiff provided Notice to Defendants of these garnishment proceedings. (DE 46; DE 47). No motion to dissolve the Writ has been filed and the time period for doing so has expired. As

Florida Statute § 77.083 mandates the entry of judgment against the garnishee for the amount of its liability as disclosed by the garnishee's answer, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion (DE 48) is **GRANTED**.

(2) Final Judgment in Garnishment is entered in favor of Plaintiff against Garnishee, Wells Fargo Bank, and Plaintiff shall recover from Garnishee the sum of **$3,614.64**.

(3) Garnishee shall make the $3,614.64 check payable to Plaintiff's counsel, Bullard Law Trust Account, and mail to Cesery L. Bullard, Esquire, Bullard Law, 219 East Marks Street, Orlando, Florida 32803.

**SIGNED** in Chambers at West Palm Beach, Florida, this 16th day of June, 2022.

Donald M. Middlebrooks
United States District Judge